UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>            Plaintiff,<br><br>     v.<br><br>TERESA MACIS, et al.,<br><br>            Defendants. | Case No.: 1:15-cv-001292-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBITS A, B AND C, LODGED BY THE COURT ON MAY 2, 2016 AND DIRECTING CLERK OF COURT TO FILE EXHIBITS UNDER SEAL<br><br>[ECF Nos. 32, 33] |

    Plaintiff David Estrada is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On May 2, 2016, Plaintiff filed a motion to seal the exhibits submitted in support of his opposition to Defendants' motion for judgment on the pleadings. (ECF No. 32.) Plaintiff contends that the health care inmate appeals are part of an internal affairs investigation and the disclosure of the information would jeopardize institutional safety. On May 23, 2016, Defendants submitted a statement of non-opposition to Plaintiff's motion to seal Exhibits A, B and C. Pursuant to Local Rule 141(c), Defendants submitted their statement of non-opposition directly to the Court via email and such statement is not filed on the Court's docket.

    Local Rule 141.1(a)(1) states that "[a]ll information provided to the Court in a specific action is presumptively public, but may be sealed in conformance with Local Rule 141. Confidential information exchanged through discovery, contained in documents to be filed in an action, or

presented at a hearing or trial otherwise may be protected by seeking a protective order as described herein." Local Rule 141(b) states that a "Notice of Request to Seal Documents" shall be presented to the court for determination, setting forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information.

      Here, Exhibits A and B of Plaintiff's opposition pertain to supplemental discovery Plaintiff received in <u>Estrada v. Gipson</u>, case number 1:13-cv-00919-LJO-DLB (PC). Exhibit C contains other California Department of Corrections and Rehabilitation documents pertaining to a workplace investigation regarding Licensed Vocational Nurse Delorise Tassey. Based on the lack of objection by Defendants and the confidential nature of Plaintiff's Exhibits, the Court HEREBY ORDERS that Exhibits, A, B and C in support of Plaintiff's opposition to Defendants' motion for judgment on the pleadings (Doc. No. 33), shall be filed under seal by the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **May 24, 2016**

                                    UNITED STATES MAGISTRATE JUDGE

2