# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN FLORES, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-01292-AWI-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE FOR FILING AN EXHAUSTION MOTION<br><br>(ECF NO. 50)<br><br>EXHAUSTION MOTION FILING DEADLINE: AUGUST 19, 2016 |

　　　Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 28, 2016, Defendants filed a motion to extend the deadline for filing an exhaustion motion. (ECF No. 50.) Defendants have not previously sought an extension of time.   Defendants seek a fifteen day extension of time.   Defendants' motion is supported by the declaration of counsel.  The Court finds good cause to grant the motion.

　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  The deadline for filing an exhaustion motion is extended to August 19, 2016.

IT IS SO ORDERED.

Dated:   **July 29, 2016**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1