UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERESA MACIS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF NEW DISCOVERY SCHEDULE AS PREMATURE AND UNNECESSARY<br><br>[ECF No. 77] |

　　　　Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 2, 2017, Plaintiff filed a motion requesting that the Court issue a new updated discovery schedule.

　　　　On September 13, 2016, the Court granted Defendants' request for a protective order and stayed all merits-based discovery pending resolution of the motion for summary judgment for failure to exhaust the administrative remedies.

　　　　On February 9, 2017, the undersigned issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted as to all Defendants, except Defendant Evangene Garnett.

///

///

1

As Plaintiff was advised in the Court's September 13, 2016, order, the Court will issue an amended discovery scheduling order after final resolution of Defendants' motion for summary judgment. As the Findings and Recommendations have yet to be resolved, Plaintiff's present request for an amended discovery order is premature and unnecessary and is denied on such basis.

IT IS SO ORDERED.

Dated:   **March 3, 2017**

UNITED STATES MAGISTRATE JUDGE