**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>TERESA MACIS, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS WHITFORD, VICKJORD AND FLORES TO FILE RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL<br><br>[ECF Nos. 56, 58, 76] |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 29, 2017, Defendants' motion for summary judgment was denied as to Defendants Garnett, Whitford, Vickjord, and Flores. In the order, the Court directed only Defendant Garnett to file a response to Plaintiff's pending motions to compel, filed August 22, 2016 and August 25, 2016, respectively. The Court hereby clarifies that Defendants Garnett, Whitford, Vickjord and Flores shall file an appropriate response to Plaintiff's pending motions to compel, filed August 22, 2016 (Doc. No. 56), August 25, 2016 (Doc. No. 58), and March 2, 2017 (Doc. No. 76), within twenty-one days from the date of service of this order.

IT IS SO ORDERED.

Dated: __April 3, 2017__

                                        UNITED STATES MAGISTRATE JUDGE