# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>TERESA MACIS, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF Nos. 86, 87] |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 3, 2017, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's request for a preliminary injunction be denied. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. More than thirty days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on April 3, 2017 (Doc. No. 87), are adopted in full; and

2. Plaintiff's motion for a preliminary injunction and/or temporary restraining order (Doc. No. 86) is denied.

IT IS SO ORDERED.

Dated: June 27, 2017

_____
SENIOR DISTRICT JUDGE