UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAVID ESTRADA, | ) Case No.: 1:15-cv-01292-AWI-SAB (PC) |
|---|---|
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER |
| v. | ) (ECF Nos. 105, 107) |
| TERESA MACIS, et al., | ) Deadline to Amend Complaint: August 11, 2017 |
| Defendants. | ) |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The discovery and scheduling order in this action issued on May 4, 2016. (ECF No. 34.) On April 26, 2017, an amended scheduling order issued and the deadline to amend the pleadings was set for June 23, 2017. (ECF No. 91.) On June 14, 2017, Plaintiff was granted a fourteen day extension of the deadline to amend the pleadings. (ECF No. 103.) On June 28, 2017, Plaintiff filed a second motion to amend the deadline to file an amended complaint. (ECF No. 105.) On July 10, 2017, Plaintiff filed a third motion to extend the deadline to amend the complaint and Defendants filed a request for a second extension of time to respond to Plaintiff's discovery requests.

Plaintiff has propounded discovery requests and Defendants have received an extension of time to respond to those requests. (ECF No. 108.) Plaintiff seeks an extension of the date to file an amended complaint until he receives Defendants' discovery responses so that he can identify the

individuals who participated in the alleged constitutional violations. Defendants have received an extension of time until July 26, 2017, to respond to Plaintiff's discovery requests. Accordingly, the Court finds good cause to extend the deadline for Plaintiff to file an amended complaint.

Plaintiff is advised that he is not being granted leave to file an amended complaint by this order, but must file a motion for leave to file an amended complaint which includes the amended complaint prior to the deadline to amend.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to amend the scheduling order is GRANTED and the deadline to amend the pleadings is extended to **August 11, 2017**.

IT IS SO ORDERED.

Dated:   **July 11, 2017**

UNITED STATES MAGISTRATE JUDGE