# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TERESA MACIS, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER, AND GRANTING DEFENDANTS' MOTIONS TO EXTEND TIME TO FILE OPPOSE PLAINTIFF'S FIRST, SECOND, AND THIRD MOTIONS TO COMPEL<br><br>[ECF Nos. 117, 126, 128] |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to amend the discovery schedule, filed August 11, 2017, and Defendants' motion to modify the discovery and scheduling order, and motions to extend the time to oppose Plaintiff's first, second, and third motions to compel, filed August 23, 2017 and August 31, 2017.

The dispositive motion and discovery deadlines are currently set for October 27, 2017, and August 25, 2017, respectively.

On August 2, 2017, Plaintiff filed his first of eleven motions to compel. The second and third motions to compel were filed on August 9, 2017.

///

///

1

Both Plaintiff and Defendants seek to extend the discovery deadline to allow for completion of the outstanding discovery requests. Defendants also seek an extension of time to oppose Plaintiff's first, second, and third motions to compel.

Good cause having been presented to the Court, it is HEREBY ORDERED that:

1. The discovery deadline is extended to October 9, 2017;
2. The dispositive motion deadline is extended to December 11, 2017;
3. Defendants are granted until August 30, 2017, to oppose Plaintiff's first motion to compel; and
4. Defendants are granted until September 20, 2017, to oppose Plaintiff's second and third motion to compel

IT IS SO ORDERED.

Dated: **September 1, 2017**

_____
UNITED STATES MAGISTRATE JUDGE