# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TERESA MACIS, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S FOURTH THROUGH ELEVENTH MOTIONS TO COMPEL<br><br>[ECF No. 130] |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to oppose Plaintiff's fourth through eleventh motions to compel, filed September 7, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to and including, October 12, 2017, to oppose Plaintiff's fourth through eleventh motions to compel.

IT IS SO ORDERED.

Dated: __September 8, 2017__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1