# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>TERESA MACIS, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE AMENDED DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 139] |

Plaintiff David Estrada is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the amended discovery and scheduling order, filed October 4, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that:

1. Discovery in this action is stayed pending resolution of the November 27, 2017, settlement conference;

2. The parties are precluded from responding or supplementing any outstanding discovery requests, or serving any discovery requests until the stay if lifted;

3. Defendants are relieved of opposing Plaintiff's outstanding motions to compel until the stay is lifted; and

4. The discovery and dispositive motion deadlines, currently set for October 9, and December 11, 2017, respectively, are vacated, and the deadlines will be reset if the November 17, 2017 settlement conference does not resolve the case.

IT IS SO ORDERED.

Dated: __**October 4, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE