
FILED
NOV 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESTRADA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERESA MACIS, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01292-AWI-SAB (PC)<br><br>ORDER THAT INMATE DAVID ESTRADA, CDCR # T-42165 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on November 17, 2017, inmate David Estrada CDCR Inmate No. T-42165, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 17, 2017

_____
United States Magistrate Judge

1